# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 19, 2013

Robert P. Young, Jr.,
Chief Justice

142379

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

               SC: 142379
               COA: 301076
               Kent CC: 2009-004566-FH

RIGO ALEKSANYAN,
     Defendant-Appellant.

_____/

   By order of July 6, 2012, the application for leave to appeal the December 28, 2010 order of the Court of Appeals was held in abeyance pending the decision in *Chaidez v United States*, cert gtd ___ US ___; 132 S Ct 2101; 182 L Ed 2d 867 (2012). On order of the Court, the case having been decided on February 20, 2013, 568 US ___; 133 S Ct 1103; 185 L Ed 2d 149 (2013), the application is again considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).

   CAVANAGH, J., would grant leave to appeal.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 19, 2013



h0612

            Clerk